437 A.2d 942

**COMMUNITY COLLEGE OF PHILADELPHIA, Appellant,**

**v.**

**PENNSYLVANIA LABOR RELATIONS BOARD, and Faculty Federation of the Community College of Philadelphia.**

Supreme Court of Pennsylvania.

Argued Oct. 26, 1981.

Decided Dec. 17, 1981.

Howard R. Flaxman, Philadelphia, for appellant.

Michael Brodie, Philadelphia, for Faculty Federation.

James L. Crawford, Anthony C. Busillo, II, Asst. Attys. Gen., for Pennsylvania Labor Relations Board.

Before O'BRIEN, C. J., and ROBERTS, NIX, LARSEN, FLAHERTY, KAUFFMAN and WILKINSON, JJ.

## ORDER

PER CURIAM:

Order of Commonwealth Court affirmed.

60 Pa.Cmwlth. 629, 432 A.2d 637.